UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-1210-SSS-DTBx | Date | November 21, 2025 |
|---|---|---|---|
| Title | *Sweet Health Corp. v. Baseline Bargain Center, Inc. et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO RETAIN NEW COUNSEL**

On October 15, 2025, the Court granted attorney Omid J. Shirazi's Motion to Withdraw as Counsel for Defendants Baseline Bargain Center and Syed Iftikhar. (Dkt. No. 68.) In that Order, the Court ordered Defendant Baseline Bargain Center to retain new counsel no later than November 14, 2025. [*Id.*] As of the date of this Order, Defendant Baseline Bargain Center has failed to retain new counsel or respond to the Court's order.

Therefore, the Court **ORDERS** Defendant Baseline Bargain Center to show cause in writing on or before November 28, 2025, why sanctions, including the striking of its answer, should not be entered against it for failure to comply with the Court's October 15, 2025 order. *See TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 916 (9th Cir. 1987) (finding that a court's inherent equitable powers permit striking an answer and entering default). The Court warns that a stricken answer may result in default being entered against Defendant Baseline Bargain Center.

**IT IS SO ORDERED.**