JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SWEET HEALTH CORP. d/b/a
VITAMIN LIQUIDATOR,

Plaintiff,

v.

BASELINE BARGAIN CENTER,
INC. and SYED IFTIKHAR, et al.

Defendant.

Case No. 5:24-cv-1210-SSS-DTBx

**ORDER OF DISMISSAL WITH PREJUDICE**

After submission and consideration of the parties' Joint Stipulation of Dismissal with Prejudice [Dkt. No. 78], this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), (B) with each party to bear its own attorneys' fees.  The Court shall retain jurisdiction to enforce the parties' settlement agreement.  IT IS SO ORDERED.

DATED: February 11, 2026

_____
SUNSHINE S. SYKES
United States District Judge

-1-